428 A.2d 685

Commonwealth v. Morrissey, Appellant.

Submitted December 6, 1979. Russell M. Nigro, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

428 A.2d 685

Commonwealth v. Morton, Appellant.

Submitted April 12, 1979. Lester G. Nauhaus, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.